IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAY TODD HESSMAN,<br><br>Defendant. | No. C02-3038-LRR<br><br>ORDER |

This matter is before the court on the defendant's motion to obtain investigative and expert services. The defendant filed such motion on March 11, 2008. In the instant motion, the defendant asks the court to finance his request for investigative and expert services or, alternatively, to appoint counsel. Essentially, the defendant believes that either an expert of an attorney is necessary to investigate issues that may be asserted under 28 U.S.C. § 2255. There is nothing pending in the defendant's criminal case, and the court concludes that an investigator or expert is not warranted, especially considering that relief, if any, is only available under 28 U.S.C. § 2255. *See* Rule 6 of the Rules Governing Section 2255 Proceedings (addressing discovery). Although the court does appoint attorneys in actions that arise under 28 U.S.C. § 2255, it is not required to appoint an attorney. *See Davis v. Scott*, 94 F.3d 444, 447 (8th Cir. 1996) (setting forth factors to be considered for appointment of counsel in civil case); *Abdullah v. Gunter*, 949 F.2d 1032, 1035 (8th Cir. 1991) (same); *Wiggins v. Sargent*, 753 F.2d 663, 668 (8th Cir. 1985) (stating an indigent litigant enjoys neither a statutory nor a constitutional right to have counsel appointed in a civil case); *Day v. United States*, 428 F.2d 1193, 1195 (8th Cir. 1970) ("The Sixth Amendment does not extend to persons seeking post conviction relief." (citing *Baker v. United States*, 334 F.2d 444, 447 (8th Cir. 1964))). Generally, the court will not appoint an attorney until an action is filed; the court does not appoint attorneys to

assist inmates with investigating or commencing an action. Accordingly, the defendant's motion to obtain investigative and expert services (docket no. 164) is denied.

**IT IS SO ORDERED.**
**DATED** this 11th day of March, 2008.

JON STUART SCOLES
Magistrate Judge
UNITED STATES DISTRICT COURT